**FILED**
August 28, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STACY JOHNSON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-mj-00177-CKD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Stacy Johnson</u>; Case <u>2:15-mj-00177-CKD</u> from custody and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of <u>$25,000.00</u>

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

_X_   **(Other) <u>Pretrial Supervision/Conditions; defendant to be released on 10/5/2015 at 9:00 AM to the custody of Pretrial Services to be transported to Well Space Health drug treatment facility. Release may occur sooner if a bed becomes available.</u>**

Issued at <u>Sacramento, CA</u> on <u>8/28/2015</u> at <u>3:05 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge